FILED IN OPEN COURT
ON 5-3-17 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-142-1 (1)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| KEITH LAMONT TUTT ) | |
| ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning at a date unknown, but no later than in or about 2016, and continuing up to and including March 31, 2017, in the Eastern District of North Carolina, and elsewhere, the defendant, KEITH LAMONT TUTT did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Controlled Substances Involved in the Conspiracy

With respect to the defendant, KEITH LAMONT TUTT, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five (5) kilograms or more of a mixture and

substance containing a detectible amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about March 31, 2017, in the Eastern District of North Carolina, and elsewhere, the defendant, KEITH LAMONT TUTT, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count One of this Indictment, which is incorporated herein by reference; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 21, United States Code, Section 853, and Title 18 United States Code, Sections 924(d)(1) (as made applicable by Title 28, United States Code, Section 2461) that all of his interest in all property specified herein is subject to forfeiture.

As a result of the foregoing offense in Count One, the defendant shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained

2

directly or indirectly as a result of the said offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged, or any property traceable to such property.

Further, as a result of the foregoing offense in Count Two, the defendant shall forfeit to the United States any firearms and ammunition involved in the offenses alleged.

The property subject to forfeiture includes, but is not limited to:

(a) Miscellaneous ammunition
(b) Saiga-12, 12/76, 12 gauge shotgun, serial number 13605248 with pistol grip, extra stock and oil reservoir
(c) Promag 12 gauge 20-round drum magazine
(d) Promag 12 gauge 12-round drum magazine
(e) Gold Rolex watch, serial number 8385
(f) Silver colored ring containing four rows of stones
(g) Silver colored chain with cross pendant containing stones
(h) Silver colored bracelet encrusted in stones
(i) $40.00 in United States Currency.

If any of the above-described forfeitable property, as a result of any act or omission a defendant,

3

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

FOREPERSON /

DATE: 5-2-17

**REDACTED VERSION** Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

JOHN STUART BRUCE
United States Attorney

BY: LESLIE K. COOLEY
Assistant United States Attorney

4