THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-142D-001

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER TO SEAL |
| VS. | ) | SETENCING MEMORANDUM |
| | ) | (UNDER SEAL) |
| | ) | |
| KEITH LAMONT TUTT, | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, the Defendant's *Motion to Seal the Sentencing Memorandum* is allowed and the Clerk is directed to seal this *order*, and *Motion to Seal the Sentencing Memorandum*, except that the clerk is authorized to provide filed copies of the Court's ruling on said *motion* to counsel for the Defendant and the Government.

SO ORDERED, this the ___6___ day of _____October_____ 2017.

James C. Dever, III
Chief District Court Judge