IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00142-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| KEITH LAMONT TUTT | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on October 12, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), based upon the defendant pleading guilty to 21 U.S.C. § 846 and 18 U.S.C. § 924(c)(1)(a), and agreeing to the forfeiture of the property listed in the October 12, 2017 Preliminary Order of Forfeiture, to wit:

(a) Miscellaneous ammunition;

(b) Saiga-12, 12/76, 12 gauge shotgun, serial number 13605248 with pistol grip, extra stock and oil reservoir;

(c) Promag 12 gauge 20-round drum magazine;

(d) Promag 12 gauge 12-round drum magazine;

(e) Gold Rolex watch, serial number 8385;

(f) Silver colored ring containing four rows of stones;

1

(g) Silver colored chain with cross pendant containing stones;

(h) Silver colored bracelet encrusted in stones; and

(i) $40.00 in United States Currency;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between December 15, 2017 and January 03, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject personal property described in this Court's October 12, 2017 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1.  That the subject personal property listed in the October 12, 2017 Preliminary Order of Forfeiture is hereby forfeited to the United States.  That the United States Marshal Service is directed to dispose of the property according to law.

2.  That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this **22** of day _____March_____, 2018.

> JAMES C. DEVER, III
> Chief United States District Judge