IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-142-D
No. 5:19-CV-435-D

| | |
|---|---|
| KEITH LAMONT TUTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On September 9, 2020, Keith Lamont Tutt filed a motion for reconsideration and for certificate of appealability [D.E. 94]. On August 21, 2020, the court dismissed Tutt's section 2255 motion and denied a certificate of appealability [D.E. 92]. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000). The motion for reconsideration and for certificate of appealability lacks merit. The motion [D.E. 94] is DENIED.

SO ORDERED. This 11 day of October 2020.

JAMES C. DEVER III
United States District Judge